# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VI20 | 9740791 | Horner | 2401 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/28/2021 1940hrs | 36 CFR 1.5 F |

Place of Offense: Cruz Bay Bulkhead

Offense Description: Factual Basis for Charge — HAZMAT ☐
Leaving Vessel Unattended

**DEFENDANT INFORMATION** Phone: 209-756-3255 (partially redacted)

| Last Name | First Name | M.I. |
|---|---|---|
| Shuemaker | Jeffrey | A |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| Joint Custody | VI | 18 | Scott 380 | | Blue |

**APPEARANCE IS REQUIRED** — A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL** — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75.00 Forfeiture Amount
+ $30 Processing Fee
$ 105.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: [blank]
Date: 12/29/2021
Time: 0930 hrs

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Left on Vessel

Original - CVB Copy

*9740791*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 28, 20 21 while exercising my duties as a law enforcement officer in the Judicial District of USVI

I observed a motor vessel named Joint Custody left unattended at the Cruz Bay bulkhead, which is signed no unattended vessels. Ranger Smith contacted the captain of the vessel later about being at there, as well, and provided me his information. I issued SHUEMAKER a citation for a public use restriction of leaving vessel unattended at the Cruz Bay bulkhead. This area is within the special maritime and territorial jurisdiction of Virgin Islands National Park.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/28/2021  Officer's Signature: David P Horner

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident